1008

■ In the Matter of 115-119 EAST 90 ST. CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of EDOUARD BENOIT, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, et al., Appellants.— Upon the record we are constrained to dismiss the appeal. The order remitting the proceeding to the State Rent Commission for further consideration is not appealable without the consent of the court making the order (Civ. Prac. Act, § 1304). In view of the length of time this matter has been pending, the proceedings should be given prompt administrative and judicial action. Appeal unanimously dismissed, with $20 costs and disbursements to the petitioner-respondent. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ EDITH S. HARRISON, Respondent, v. MARY BAIN ESTATES, INC., et al., Defendants; ESCO TRADING CO., INC., Respondent, and MAMIE P. WATTS, Appellant.— Judgment unanimously affirmed, with costs to the plaintiff-respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of ERMA CLARDY, Appellant, against ROBERT WAGNER, as Mayor of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of the Accounting of ALBERT ARENSON, as Executor of VICTORIA ARENSON, Deceased, Respondent. GENEVIEVE PRICE et al., Appellants; SOCIETY OF THE NEW YORK HOSPITAL et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of the Accounting of LAURENCE A. KAHN et al., as Executors of CLEMENTINE SOSTMAN, Deceased, as Executrix of EMIL M. SOSTMAN, Deceased, Respondents. NATIONAL JEWISH HOSPITAL at Denver et al., Appellants; BERTHA SILVER et al., Respondents.— Decree unanimously affirmed, with costs to all parties appearing separately and filing briefs herein payable out of the estate. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for New York University-Bellevue Slum Clearance Project, Bounded by Second Avenue and East 33rd Street, Borough of Manhattan. SPITZER MOTOR SALES, INC., Appellant. — Decree unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ KAY KAYWOOD, Respondent, v. WEBB AND KNAPP, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ LEON SALKIND et al., a Copartnership Doing Business under the Name of LEADING EMBROIDERY Co., Appellants, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Rabin, Valente and Bastow, JJ.